IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
EMMANUEL GARCIA-CONCEPCION
Defendant

CRIMINAL 12-0788CCC

**ORDER**

Having considered the Report and Recommendation filed on March 28, 2013 (**docket entry 27**) on a Rule 11 proceeding of defendant Emmanuel García-Concepción held before U.S. Magistrate Judge Marcos E. López on March 20, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 20, 2013. The **sentencing hearing is set for July 3, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge